IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Allen, Dwight | Case Number:  06 B 07282 |
| | Judge:  Goldgar, A. Benjamin |
| Printed: 12/19/07 | Filed:  6/21/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Completed: November 12, 2007
Confirmed: October 3, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 41,162.00 | |
| Secured: | | 33,306.69 |
| Unsecured: | | 2,913.70 |
| Priority: | | 0.00 |
| Administrative: | | 2,318.50 |
| Trustee Fee: | | 2,167.11 |
| Other Funds: | | 456.00 |
| Totals: | 41,162.00 | 41,162.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 2,318.50 | 2,318.50 |
| 2. | First National Bank Of Illinois | Secured | 0.00 | 0.00 |
| 3. | Great American Finance Company | Secured | 2,621.61 | 2,621.61 |
| 4. | General Motors Acceptance Corp | Secured | 30,685.08 | 30,685.08 |
| 5. | RoundUp Funding LLC | Unsecured | 41.75 | 41.75 |
| 6. | Great American Finance Company | Unsecured | 169.38 | 169.38 |
| 7. | RoundUp Funding LLC | Unsecured | 416.88 | 416.88 |
| 8. | B-Line LLC | Unsecured | 221.24 | 221.24 |
| 9. | B-Line LLC | Unsecured | 591.78 | 591.78 |
| 10. | American General Finance | Unsecured | 1,472.67 | 1,472.67 |
| 11. | Great American Finance Company | Unsecured | 1,103.53 | 0.00 |
| 12. | Harlem Furniture | Secured | | No Claim Filed |
| 13. | American General Finance | Unsecured | | No Claim Filed |
| 14. | AFNI | Unsecured | | No Claim Filed |
| 15. | Medical Collections | Unsecured | | No Claim Filed |
| 16. | Great American Finance Company | Unsecured | | No Claim Filed |
| 17. | H&F Law | Unsecured | | No Claim Filed |
| 18. | Medical Collections | Unsecured | | No Claim Filed |
| 19. | LVNV Funding | Unsecured | | No Claim Filed |
| 20. | Harlem Furniture | Unsecured | | No Claim Filed |
| 21. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 22. | Park Dansan | Unsecured | | No Claim Filed |
| 23. | West Asset Management | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 39,642.42 | $ 38,538.89 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Allen, Dwight | Case Number: 06 B 07282 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 12/19/07 | Filed: 6/21/06 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5% | 42.37 |
| 4.8% | 220.97 |
| 5.4% | 1,903.77 |
| | _____ |
| | $ 2,167.11 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

